ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUTH M. KWON
Assistant United States Attorney
California Bar Number 232569
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3038
    Facsimile: (213) 894-7819
    E-mail: ruth.kwon@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES L. BRANCH,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br>DOE DRIVER<br><br>            Defendant. | No. CV 13-00572 RGK(CWx)<br><br>**JOINT RULE 26 REPORT**<br><br>Scheduling Conference: June 10, 2013<br><br>Hon. R. Gary Klausner<br>United States District Judge |

1  Plaintiff James Branch ("Plaintiff) and Defendant United States of America
2  ("Defendant") by and through their undersigned attorneys, hereby submit their
3  Joint Rule 26(f) Report pursuant to Federal Rule of Civil Procedure 26(f), Central
4  District Local Rule 26-1, and this Court's Order dated April 19, 2013.
5  Undersigned counsel met on May 15, 2013.

**1. JURISDICTION**

This is a personal injury action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 et seq, 29 U.S. . §§ 1346(b). Plaintiff James L. Branch filed his Complaint against the United States of America and Doe Driver on January 25, 2013. Plaintiff voluntarily dismissed the Doe Driver on April 11, 2013. Defendant United States of America filed its Answer on April 12, 2013.

There are no parties remaining to be served with the Complaint.

**2. FACTUAL CHRONOLOGY AND STATEMENT OF ISSUES**

Plaintiff's Statement

Plaintiff was employed as a driver by Giese Trucking. On November 1, 2008 at the US Postal Service located at 28201 Franklin Parkway in Santa Clarita, CA 91383, Plaintiff was struck in the back by a forklift operated by an employee of the US Postal Service, causing injury. Plaintiff claims the unidentified employee negligently operated the forklift striking Plaintiff. Plaintiff has also filed a workers' compensation claim, #ADJ6796094, which is pending.

Defendant United States of America's Statement

Defendant denies Plaintiff's allegations, and contends that any USPS employee's conduct was not negligent and did not cause the collision with the decedent. Defendant further contends that the decedent's own negligence was the cause of the collision. The United States of America denies that it caused Plaintiff's damages, if any.

1

## 3. STATEMENT REGARDING DISPUTED POINTS OF LAW

At this time, the parties are not aware of any disputed points of law. The parties do not concede liability or apportionment of damages.

## 4. PRIOR, PENDING, AND ANTICIPATED MOTIONS

<u>Plaintiff's Statement</u>

Plaintiff does not anticipate filing any motions.

<u>Defendant United States of America's Statement</u>

**Discovery Motions**

Defendant United States of America does not currently anticipate the need for any discovery motions because Plaintiff has agreed to promptly sign all requests for authorization of medical records, including psychiatric records; employment and unemployment records; and compensation and benefits records, including insurance records. In addition, Plaintiff's counsel was informed that Plaintiff's duty under Rule 26 is to provide information "without awaiting a discovery request" and that Rule 26 requires parties to provide "an actual computation of each category of damages, and disclosure of all documentation and evidentiary material on which each computation is based." Fed. R. Civ. P. 26(a)(1)(A)(iii).

**Dispositive Motions**

Defendant may file a motion for summary judgment or other dispositive motion.

## 5. AMENDMENTS

The parties do not anticipate any amendments to their pleadings and propose July 10, 2013, as the deadline by which parties, claims, or defenses must be added or dismissed, and by which pleadings will be amended.

6.  **INTIAL DISCLOSURES**

The parties have agreed that initial disclosures, including documents, witness lists, and damages calculations be served by June 10, 2013, the day of the Scheduling Conference.

7.  **DISCOVERY PLAN**

The parties have not commenced discovery. Initial disclosures will be exchanged no later than June 10, 2013. The parties plan to conduct written discovery concerning the claims and defenses sought by pleadings, including the facts of the accidents, the alleged liability, and damages. The parties anticipate taking the depositions of the Plaintiff, the U.S.P.S. employee involved, any percipient witnesses, the Plaintiff's employer(s), and the examining and treating physicians. At this time, the parties have not yet determined which trial experts, if any, they will employ. Defendant United States of America also plans to notice one or more Independent Medical Examinations of Mr. Branch. Plaintiff's counsel has agreed that he will provide Plaintiff's available dates for orthopedic and/or neurological examinations.

The parties propose the following dates for this case:

| Event | Date |
| --- | --- |
| Initial Disclosures | June 10, 2013 |
| Deadline to Add Parties, Amend Pleadings | July 10, 2013 |
| Deadline to conduct settlement conference | October 1, 2013 |
| Deadline to file Joint Report re: results of Settlement Conference | October 8, 2013 |
| Deadline to complete non-expert discovery | September 6, 2013 |
| Deadline for Plaintiff's Expert Reports | October 3, 2013 |
| Deadline for Defendants' Expert Reports | October 17, 2013 |
| Discovery Cut-off | November 1, 2013 |

| Event | Date |
|---|---|
| Deadline for Dispositive Motions to be heard | December 16, 2013 |
| Deadline to submit pre-trial conf. order; file motions in limine; memo of contentions of fact and law; pre-trial exhibit stipulation; summary of witness testimony and time estimates; file status report re: settlement; file agreed upon set of jury instructions and verdict forms, if applicable; file joint statement re disputed instructions, verdicts | March 3, 2014 |
| Hearing on Motions in Limine | March 31, 2014 |
| Pre-Trial Conference; file proposed voir dire questions, if applicable, and agreed-to statement of case | March 31, 2014 |
| Trial (Bench, 2-3 days) | April 29, 2014 |

8. **RELATED CASES OR PROCEEDINGS**

The parties are not aware of any related cases or proceedings before this Court, or before any other court or administrative body.

9. **RELIEF SOUGHT**

Plaintiff's Statement

Plaintiff seeks to amend the amount of relief sought from the filing of the claim. Since the claim was filed, Plaintiff has undergone two surgeries and other related medical expenses. Also, as Plaintiff has not worked since 2009, the amount for past and future loss of earnings exceeds the amount previously claimed. Accordingly, the relief for pain and suffering should be amended.

4

Defendant United States of America's Statement

Defendant United States is not seeking any relief by this instant action, although it reserves the right to seek any costs or attorneys' fees. If liability is established, damages must be calculated based on documents and information timely disclosed pursuant to Rule 26(a). Plaintiff is not entitled to prejudgment interest or punitive damages against the United States. In accordance with 28 U.S.C. § 2675(b), Plaintiff's damages, if any, are limited to the amount of the sum certain demanded in the administrative claim ($617,117) of which, $14,117 is medical expenses, $25,000 is surgical expenses, $78,000 is lost earnings, and $500,000 is pain and suffering. Further, if Defendant is found liable, it will only be required to pay its apportioned share of Plaintiff's non-economic damages. See Cal. Civ. Code §1431.2.

10. **CERTIFICATION AS TO INTERESTED PARTIES**

Plaintiff's Statement

Plaintiff filed a Certification as to Interested Parties on January 25, 2013. Dkt. No. 2. There are no parties other than the named Plaintiff that have any direct pecuniary interest.

Defendant United States of America's Statement

Not Applicable.

11. **DISCOVERY, MOTIONS, PRETRIAL CONFERENCE, AND TRIAL DATES**

The parties propose that the completion of non-expert discovery occur September 6, 2013; the completion of expert discovery occur by November 1, 2013; the hearing of dispositive motions occur by December 16, 2013; the pretrial conference be held on March 31, 2014; and the trial commence on April 29, 2014.

5

**12.  TRIAL METHOD AND TIME ESTIMATES**

The parties have agreed that this case will be tried to the Court. The parties estimate that bench trial will be three to four days.

**13.  SETTLEMENT EFFORTS**

The parties have agreed that a settlement conference should occur no later by October 1, 2013 before a Magistrate Judge/member of the Court Mediation Panel. In accordance with their obligations under Rule 26, the parties' counsel discussed settlement at the Rule 26 meeting of counsel.

**14.  MANUAL ON COMPLEX LITIGATION**

The parties do not believe that this case is complex. The case does not require reference to procedures set forth in the manual on complex litigation.

**15.  DISPOSITIVE MOTIONS**

The parties have agreed that dispositive motions should be heard by December 16, 2013.

<u>Plaintiff's Statement</u>

Plaintiff does not anticipate filing any dispositive motions at this time.

<u>Defendant United States of America's Statement</u>

As stated herein, and depending upon the course of litigation Defendant United States may file a dispositive motion such as a motion for summary judgment.

**16.  UNUSUAL LEGAL ISSUES**

The parties do not believe that any unusual legal issues are presented by this case.

**17.  PROPOSALS REGARDING SEVERANCE, BIFURCATION OR ORDERING OF PROOF**

The parties do not propose severance or bifurcation.

Dated: June 3, 2013

LAW OFFICES OF WILLIAM S. LEONARD, APLC.

_____
WILLIAM S. LEONARD
Attorneys for Plaintiff James L. Branch

Dated: June __, 2013

United States of America
ANDRE BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


_____
RUTH M. KWON
Assistant United States Attorney
Attorneys for Defendant
United States of America

7

| | | |
|---|---|---|
| 1 | Dated: June __, 2013 | LAW OFFICES OF WILLIAM S. LEONARDS, APLC. |
| 2 | | |
| 3 | | |
| 4 | | WILLIAM S. LEONARD<br>Attorneys for Plaintiff James L. Branch |
| 5 | | United States of America |
| 6 | Dated: June 3, 2013 | ANDRE BIROTTE JR.<br>United States Attorney<br>LEON W. WEIDMAN |
| 7 | | Assistant United States Attorney<br>Chief, Civil Division |
| 8 | | |
| 9 | | *[signature]* |
| 10 | | RUTH M. KWON<br>Assistant United States Attorney |
| 11 | | Attorneys for Defendant<br>United States of America |

7