1  ANDRÉ BIROTTE JR.                                              JS-6
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  RUTH KWON (Cal. Bar No. 232569)
5  Assistant United States Attorney
            Room 7516, Federal Building
6           300 North Los Angeles Street
7           Los Angeles, California 90012
            Telephone: (213) 894-3038
8           Facsimile: (213) 894-7819
9           Email: ruth.kwon@usdoj.gov
10 Attorneys for Defendant
   United States of America
11

12                    **UNITED STATES DISTRICT COURT**
13
14               **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15 JAMES L. BRANCH,              ) Case No. CV 13-00572 RGK(CWx)
                                 )
16            Plaintiff,         )
                                 )
17     vs.                       )
                                 ) **[PROPOSED] ORDER OF**
18 UNITED STATES OF AMERICA,     ) **DISMISSAL WITH PREJUDICE**
                                 )
19            Defendant.         )
                                 )
20                               )
                                 )
21                               )
                                 )
22 _____  )

Based upon the Stipulation for Compromise Settlement and Release and the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed with prejudice in its entirety;
2. Each party shall bear its own costs, attorneys' fees and expenses; and
3. The district court shall retain jurisdiction until the settlement proceeds are paid in accordance with the Stipulation for Compromise Settlement and Release previously filed by the parties.

DATED: November 21, 2013

_____
UNITED STATES DISTRICT JUDGE

2